# EXHIBIT "A"



CREATIVE HOSPITALITY
INVESTMENT CONSULTING

Our new address

70 East Lake Street, Suite 1300, Chicago, IL 60601
t 312-447-5065
dparker@chicadvisors.com

Transwest Tucson Property, LLC
2850 East Skyline Drive, Suite 200
Tucson, Arizona 85718

Date:                    May 2, 2011

Invoice #:              April 2011

Attn:        Mr. Michael Hanson and Mr. Randall Dix
cc:          Doris Parker, Ada Yung, Kasey Nye

| Re: | Transwest Advisory Services - Westin Hilton Head | Account: |
|-----|--------------------------------------------------|----------|

| | PARTICULARS | | | TOTAL AMOUNT |
|---|---|---|---|---|
| | **Hotel Asset Management Fees** **April 1, 2011 - April 30, 2011** | | | |
| | **Monthly fee is $12,500. 80% of the fee is payable immediately, 20% of the fee is deferred and paid once a quarter** **Reimbursables are paid at 100%** | | | |
| 4/1/11-4/30/11 | Westin Hilton Head | 80% of $12,500 | $10,000.00 | 10,000.00 |
| | CHIC Reimbursables | (attached) | | 854.02 |
| | Deferred Fee (February) | 20% of $12,500 | $2,500.00 | |
| | Deferred Fee (March) | 20% of $12,500 | $2,500.00 | |
| | Deferred Fee (April) | 20% of $12,500 | $2,500.00 | |
| | **Bank Wire Instructions:** | | | |
| | Account Name: | Creative Hospitality Investment Consulting, LLC | | |
| | ABA Routing Code: | 071006486 | | |
| | Account Number: | 2283646 | | |
| | Name of Bank: | The Private Bank and Trust Company | | |
| | Bank Branch Address | 1110 Jorie Blvd., Oak Brook, IL 60523 | | |
| | Federal Tax ID #: | 26-1175044 | | |
| | **For Questions:** | | | |
| | Contact Doris Parker at 312-447-5065 in Chicago, Illinois | | | |
| | dparker@chicadvisors.com | | | |
| | **TOTAL AMOUNT DUE (US DOLLARS)** | | | **$10,854.02** |

Please return with your remittance.

Invoice No:      April 2011

Amount Due:      $10,854.02

Reference:       Transwest Tucson Property, LLC



70 East Lake Street, Suite 1300, Chicago, IL 60601
t 312-447-5065
dparker@chicadvisors.com

Our new address

| | |
|---|---|
| Transwest Tucson Property, LLC | Date: May 2, 2011 |
| 2850 East Skyline Drive, Suite 200 | |
| Tucson, Arizona 85718 | Invoice #: April 2011 |

Attn:      Mr. Michael Hanson and Mr. Randall Dix
cc:       Doris Parker, Ada Yung, Kasey Nye

| **Re:** Transwest Advisory Services - Westin La Paloma | Account: |
|---|---|

| PARTICULARS | | | TOTAL AMOUNT |
|---|---|---|---|
| **Hotel Asset Management Fees** **April 1, 2011 - April 30, 2011** | | | |
| **Monthly fee is $12,500. 80% of the fee is payable immediately, 20% of the fee is deferred and paid once a quarter** **Reimbursables are paid at 100%** | | | |
| 4/1/11-4/30/11    Westin La Paloma | 80% of $12,500 | $10,000.00 | 10,000.00 |
| CHIC Reimbursables | | (attached) | 636.18 |
| Deferred Fee (February) | 20% of $12,500 | $2,500.00 | |
| Deferred Fee (March) | 20% of $12,500 | $2,500.00 | |
| Deferred Fee (April) | 20% of $12,500 | $2,500.00 | |
| **Bank Wire Instructions:** | | | |
| Account Name: | Creative Hospitality Investment Consulting, LLC | | |
| ABA Routing Code: | 071006486 | | |
| Account Number: | 2283646 | | |
| Name of Bank: | The Private Bank and Trust Company | | |
| Bank Branch Address | 1110 Jorie Blvd., Oak Brook, IL 60523 | | |
| Federal Tax ID #: | 26-1175044 | | |
| **For Questions:** | | | |
| Contact Doris Parker at 312-447-5065 in Chicago, Illinois | | | |
| dparker@chicadvisors.com | | | |
| **TOTAL AMOUNT DUE (US DOLLARS)** | | | **$10,636.18** |

---

Please return with your remittance.

Invoice No:     April 2011

Amount Due:    $10,636.18

Reference:     Transwest Tucson Property, LLC