# EXHIBIT "A"

**Invoice for Hundley & Company, LLC**
**From - Friday, April 01, 2011**
**To - Saturday, April 30, 2011**

| Date | Hours | Total | Description |
|---|---|---|---|
| Friday, April 15, 2011 | 2.2 | | Meet w/ K. Nye and S. Boswell re: potential instruments structures; intiate model |
| Saturday, April 16, 2011 | 2.0 | | Work on model for valuation of appreciation rights and debt structure |
| Monday, April 18, 2011 | 1.8 | | Model for valuation by asset over time |
| Tuesday, April 19, 2011 | 2.3 | | Research S&P database on Leisure industry, rating trends and credit stats |
| Wednesday, April 20, 2011 | 0.5 | | Clean-up valuation worksheets and send to K. Nye and S. Boswell |
| Thursday, April 21, 2011 | 0.8 | | Call w/ K. Nye and S. Boswell re: Appreciation Rights valuation |
| Friday, April 22, 2011 | 0.5 | | Outline term sheet and issues to be adressed |
| Monday, April 25, 2011 | 3.7 | | Draft term sheet for Appreciation Rights and update model for changes |
| Tuesday, April 26, 2011 | 0.2 | | Call w/ K. Nye re: updated cash flows |
| Wednesday, April 27, 2011 | 0.3 | | Read Subpoena; Call w/ K. Nye |
| Total Hours | 14.3 | | |
| Hourly Rate | $ 350.00 | | |
| Total Fees | | $ 5,005.00 | |

Expenses

| Total Expenses | - | $ - |
| | TOTAL DUE | $ 5,005.00 |