
# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 11 |
| TRANSWEST RESORT PROPERTIES, INC., an Arizona corporation, | Case No. 4:10-bk-37134-EWH (Jointly Administered) |
| Debtor. | **MEMORANDUM REGARDING REQUEST FOR ENTRY OF WRITTEN ORDERS DENYING MOTIONS FOR RELIEF FROM STAY** |
| TRANSWEST TUCSON PROPERTY, L.L.C., a Delaware limited liability company, | |
| Debtor. | 4:10-bk-37160-EWH |
| TRANSWEST HILTON HEAD PROPERTY, L.L.C., a Delaware limited liability company, | 4:10-bk-37170-EWH |
| Debtor. | |
| TRANSWEST TUCSON II, L.L.C., a Delaware limited liability company, | 4:10-bk-37151-EWH |
| Debtor. | |
| TRANSWEST HILTON HEAD II, L.L.C., a Delaware limited liability company, | 4:10-bk-37145-EWH |
| Debtor. | |

Pending before this Court is JPMCC 2007-C1 Grasslawn Lodging LLC's ("Grasslawn") submission of two proposed forms of order denying relief from stay ("Proposed Orders"). The Debtors have filed an objection ("Objection") to the Proposed Orders.[1]

## DISCUSSION

On January 3, 2012, Grasslawn filed a Notice of Appeal in these jointly administered cases ("Appeal"). Among the issues Grasslawn appeals are the Court's oral ruling ("Oral Ruling") of December 16, 2011, denying two motions for relief from stay ("Motions"). Grasslawn seeks a written order denying motion for relief from stay on its secured claims against the Debtors and a second order denying Pim Ashford Subsidiary I, LLC's ("Ashford") motion for relief from stay on Ashford's secured claims against Transwest Tucson II, LLC and Transwest Hilton Head II, LLC. Grasslawn asserts it is the assignee of Ashford's claims. Debtor disputes the validity and scope of that assignment. The Court did not address or rule on that dispute in its Oral Ruling.

The Objection argues that Grasslawn, by virtue of the Appeal, cannot ask this Court to enter the Proposed Orders because the Court has been divested of subject-matter jurisdiction over the issues on appeal. See In re Padilla, 222 F.3d 1184, 1190 (9th Cir. 2000).

---

[1] This matter has been fully brief by the parties and the Court has determined it may rule on Grasslawn's request without oral argument.

However, as the Padilla court noted, even after a notice of appeal is filed: "[a]bsent a stay or supersedeas, the trial court also retains jurisdiction to implement or enforce the judgment or order but may not alter or expand upon the judgment." Id. Therefore, a written order denying the Motions that does not alter or expand upon the Oral Ruling, is not prohibited. However, to the extent that entry of a written order could constitute a determination of the validity and scope of the assignment of Ashford's claim to Grasslawn, entry of a written order would exceed the scope of this Court's jurisdiction because it would substantively impact an issue on appeal. Accordingly, the Court declines to enter such an order.

Entry of a written order lifting the stay as to Grasslawn does not violate Padilla because it simply implements the Oral Ruling. However, the Grasslawn Proposed Order exceeds the scope of the Oral Ruling, which consisted of nine words. Accordingly, the Court will enter an order on Grasslawn's Motion, which is consistent with the Oral Ruling.[2]

Dated and signed above.

---

[2] The balance of the Objection addresses whether Grasslawn is estopped from appealing the denial of the Motions because of settlement. Because deciding that issue would impact the issues on appeal, this Court is divested of jurisdiction to decide it. See In re Padilla, supra.

Copies to be sent by the Bankruptcy Noticing Center "BNC" to the following:

Transwest Resort Properties, Inc.
2850 E. Skyline Drive
Tucson, AZ 85718

Susan G. Boswell
Kasey C. Nye
Elizabeth S. Fella
Quarles & Brady LLP
One South Church St., Suite 1700
Tucson, AZ 85701-1621

Donald L. Gaffney
Evans O'Brien
Snell & Wilmer L.L.P.
One Arizona Center
400 East Van Buren
Phoenix, AZ 85004-2202

David D. Cleary
Greenberg Traurig
2375 E. Camelback Rd., Suite 700
Phoenix, AZ 85016

Ethan B. Minkin
Jaclyn D. Foutz
Dean C. Waldt
Jon T. Pearson
Ballard Spahr LLP
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555

Christopher J. Pattock
Office of the U.S. Trustee
230 N. 1st Avenue, Suite 204
Phoenix, AZ 85003