

Eileen W. Hollowell, Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| TRANSWEST RESORT ) | Case No. 4:10-bk-37134-EWH |
| PROPERTIES, INC., an Arizona ) |   (Jointly Administered) |
| corporation, ) | |
| ) | **ORDER DENYING JPMCC 2007-C1** |
|         Debtor. ) | **GRASSLAWN LODGING, LLC** |
| ) | **MOTION FOR RELIEF FROM THE** |
| ) | **AUTOMATIC STAY** |
| TRANSWEST TUCSON PROPERTY, ) | |
| L.L.C., a Delaware limited liability ) | |
| company, ) | 4:10-bk-37160-EWH |
| ) | |
|         Debtor. ) | |
| ) | |
| TRANSWEST HILTON HEAD ) | |
| PROPERTY, L.L.C., a Delaware limited ) | 4:10-bk-37170-EWH |
| liability company, ) | |
| ) | |
|         Debtor. ) | |
| ) | |
| TRANSWEST TUCSON II, L.L.C., ) | |
| a Delaware limited liability company, ) | 4:10-bk-37151-EWH |
| ) | |
|         Debtor. ) | |
| ) | |
| TRANSWEST HILTON HEAD II, ) | |
| L.L.C., a Delaware limited liability ) | 4:10-bk-37145-EWH |
| company, ) | |
| ) | |
|         Debtor. ) | |

1    Pursuant to the Court's ruling in open court on December 16, 2011, the "Motion for Relief

2    from the Automatic Stay Under 11 U.S.C. Sections 362(d)(1)-(3) or, in the Alternative, Motion for

3

4    (1) Dismissal Under 11 U.S.C. Section 1112(b) or (2) the Appointment of an Examiner Under

5    11 U.S.C. Section 1104" [DE # 190], filed by JPMCC 2007-C1 Grasslawn Lodging, L.L.C. is

6    DENIED.

7        Dated and signed above.

8

9

Copies to be sent by the Bankruptcy
10   Noticing Center "BNC" to the
     following:

11

12   Transwest Resort Properties, Inc.          David D. Cleary
     2850 E. Skyline Drive                      Greenberg Traurig
13   Tucson, AZ 85718                           2375 E. Camelback Rd., Suite 700
                                                Phoenix, AZ 85016
14   Susan G. Boswell
15   Kasey C. Nye                               Christopher J. Pattock
     Elizabeth S. Fella                         Office of the U.S. Trustee
16   Quarles & Brady LLP                        230 N. 1st Avenue, Suite 204
     One South Church St., Suite 1700           Phoenix, AZ 85003
17   Tucson, AZ 85701-1621

18   Ethan B. Minkin                            And those parties listed in Schedule 1
                                                attached hereto.
19   Jaclyn D. Foutz
     Dean C. Waldt
20   Jon T. Pearson
     Ballard Spahr LLP
21   1 East Washington Street, Suite 2300
22   Phoenix, AZ 85004-2555

23   Donald L. Gaffney
     Evans O'Brien
24   Snell & Wilmer L.L.P.
25   One Arizona Center
     400 East Van Buren
26   Phoenix, AZ 85004-2202

27

28                                              2